IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROSLAND STARKS,<br><br>    Defendant. | 4:14CR3015<br><br>MEMORANDUM AND ORDER |

The defendant's plea hearing is scheduled for May 6, 2014.

Accordingly,

IT IS ORDERED that Rosland Starks' pending Motion to Sever, (Filing No. 88), is therefore denied as moot.

May 5, 2014.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge